

# Orange County Clerk - Court Records Search

## 2021-SC-031182-O : MICHAEL LABARGE vs. CONVERGENT OUTSOURCING INC, LVNV FUNDING LLC

| | | | |
|---|---|---|---|
| Case Type: | SC - Personal Injury Protection $2,501-$5,000 | Date Filed: | 5/28/2021 |
| Location: | Div 70 | UCN: | 482021SC031182A001OX |
| Judge: | Elizabeth J Starr | Status: | Pending |
| Citation Number: | SC - Personal Injury Protection $2,501-$5,000 | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| MICHAEL LABARGE | Plaintiff | BRIDGET DOW | 813-321-2345 |
| CONVERGENT OUTSOURCING INC | Defendant | | |
| LVNV FUNDING LLC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 12/30/2021 | HEARING - Pre-Trial Civil - Civil, Pretrial | |
| 6/3/2021 | Notice to Appear | 3 |
| | Comments: emailed to atty | |
| 6/3/2021 | Notice to Appear | 3 |
| | Comments: emailed to atty | |
| 5/28/2021 | General Standing Case Management Plan/Order | 3 |
| 5/28/2021 | Complaint | 12 |
| 5/28/2021 | Civil Cover Sheet | 3 |
| 5/28/2021 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|
| 12/30/2021 | Pre-Trial Civil - Civil, Pretrial | 9:15 AM | Video/Audio/Tele Conference | |

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 5/28/2021 | Transaction Assessment | | 320.00 |
| 5/28/2021 | Payment | Seraph Legal, P.A. | -320.00 |
| | Balance Due: | | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |