UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Michael LaBarge,**
    *Plaintiff,*

v.                                                           **Case No: 6:21-cv-1124-RBD-LRH**

**Convergent Outsourcing, Inc,** and
**LVNV Funding, LLC,**
    *Defendants.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT
CONVERGENT OUTSOURCING, INC., ONLY**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Convergent Outsourcing, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Convergent Outsourcing, Inc. from this case with prejudice.

                                                                **SERAPH LEGAL, P. A.**
                                                                */s/ Bridget L. Scarangella*
                                                                Bridget L. Scarangella, Esq.
                                                               Florida Bar No.: 1022866
                                                               BScarangella@SeraphLegal.com
                                                               Seraph Legal, P. A.
                                                               1614 North 19th Street
                                                               Tampa, FL 33605
                                                               (813) 321-2345
                                                               Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties. A true and correct copy of the foregoing was also sent via electronic notice to Defendants' counsel of record.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866
BScarangella@SeraphLegal.com