# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL LABARGE,

    Plaintiff,

v.                                        Case No:  6:21-cv-1124-RBD-LRH

CONVERGENT OUTSOURCING,
INC. and LVNV FUNDING, LLC,

    Defendants.

## ORDER

Before the Court upon the filing of the Notice of Settlement with Defendant Convergent Outsourcing, Inc. Only indicating that these parties have settled. (Doc. 21). Accordingly, it is **ORDERED AND ADJUDGED**:

1. That Plaintiff Michael LaBarge's individual claims and action against Defendant Convergent Outsourcing, Inc., are hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Defendant Convergent Outsourcing, Inc. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 8, 2021.

ROY B. DALTON JR.
United States District Judge