# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL LABARGE,

      Plaintiff,

v.                                    Case No:   6:21-cv-1124-RBD-LRH

LVNV FUNDING, LLC

      Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement With Defendant LVNV, LLC, Only[1] (Doc. 23), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and

---

[1] Defendant Convergent Outsourcing, Inc. was terminated as a party to the case on November 8, 2021 (Doc. 22).

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 19, 2021.

ROY B. DALTON JR.
United States District Judge